# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **EMS TECHNOLOGIES, LLC.** <br><br> v. <br><br> **GENERAL ELECTRIC COMPANY, ET AL** | Civil Action No. 2:10-cv-32 <br><br> **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In consideration of EMS Technologies, LLC's ("EMS") Unopposed Motion to Dismiss without Prejudice for dismissal of all claims without prejudice and all counterclaims as moot asserted between Plaintiff EMS and Defendants Rockwell Automation Inc. ("Rockwell"), the Unopposed Motion to Dismiss is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Rockwell are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 14th day of May, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

[1]