-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EMS TECHNOLOGIES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:10-cv-32-DF |
| | § | |
| GENERAL ELECTRIC CO., et al., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

**DEFENDANT GENERAL ELECTRIC'S NOTICE OF INITIAL DISCLOSURES**

Defendant General Electric notifies the Court that it has served its Initial Disclosures on counsel for all parties on this date, in compliance with the Court's Docket Control Order (Dkt. #103).

Dated: June 23, 2010

-2-

        Respectfully submitted,

        /s/ Thomas M. Morrow_____

        T. John Ward, Jr.
        (State Bar No. 00794818)
        Wesley Hill
        (State Bar No. 24032294)
        WARD & SMITH LAW FIRM
        111 W. Tyler Street
        Longview, Texas 75601
        Tel.:  (903) 757-6400
        Fax:  (903) 757-2323
        Email:  jw@jwfirm.com
                wh@jwfirm.com

        R. Paul Yetter
        (State Bar No. 22154200)
        Thomas M. Morrow
        (State Bar No. 24039076)
        Kevin J. Terrazas
        (State Bar No. 24060708)
        YETTER, WARDEN & COLEMAN, L.L.P.
        Two Houston Center
        909 Fannin, Suite 3600
        Houston, TX  77010
        Tel.:  (713) 632.8070
        Fax:  (713) 632.8002
        Email:  pyetter@ywcllp.com
                 tmorrow@ywcllp.com
                 kterrazas@ywcllp.com

        COUNSEL FOR DEFENDANT
        GENERAL ELECTRIC COMPANY

**Certificate of Service**

I certify that a true and correct copy of the foregoing document has been served by email on all counsel of record this 23rd day of June, 2010.

                /s/ Thomas M. Morrow_____
                Thomas M. Morrow