**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| EMS TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § | |
| vs. | § § | Civil Action No. 2:10-cv-00032-DF |
| GENERAL ELECTRIC COMPANY, *et al.*, | § § § | |
| Defendants. | § § | |

**DEFENDANTS SILVER SPRING NETWORKS, INC. AND
GREENBOX TECHNOLOGY, INC.'S NOTICE OF INITIAL DISCLOSURES**

Defendants Silver Spring Networks, Inc. ("SSN") and Greenbox Technology, Inc. ("Greenbox") hereby notify the Court that they have served their Initial Disclosures on counsel for all parties on this date, in compliance with the Court's Docket Control Order (Dkt. No. 103).

Dated: June 23, 2010                              Respectfully submitted,

/s/ *Michael J. Sacksteder*
Laurence F. Pulgram, CA Bar No. 115163
*(Pro Hac Vice)*
Michael J. Sacksteder, CA Bar No. 191605
(Admitted E.D. Texas)
Saina S. Shamilov, CA Bar No. 215636
(Admitted E.D. Texas)
David D. Schumann, CA Bar No. 223936
(Admitted E.D. Texas)
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA  94104

ATTORNEYS FOR DEFENDANTS
SILVER SPRING NETWORKS, INC. and
GREENBOX TECHNOLOGY INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on this 23rd day of June, 2010, with a copy of this document via the Court's CM/ECF system per local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

                                              /s/ *Michael J. Sacksteder*
                                       Michael J. Sacksteder, CA Bar No. 191605
                                       (Admitted E.D. Texas)