IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **EMS TECHNOLOGIES, LLC.** | |
|    PLAINTIFF, | Civil Action No. 2:10-cv-32 |
|         V. | JURY TRIAL DEMANDED |
| (1)  GENERAL ELECTRIC COMPANY, <br> (2)  AUTHORIZED INSTALLERS NETWORK, LLC, D/B/A/ GE HOME TECHNOLOGIES, <br> (3)  AUTHORIZED INTEGRATORS NETWORK, LLC, D/B/A/ GE HOME TECHNOLOGIES, D/B/A AIN GROUP, D/B/A AUTHORIZED INTEGRATORS NETWORK, AND D/B/A AIN <br> (4)  JOHNSON CONTROLS, INC. <br> (5)  ROCKWELL AUTOMATION INC., <br> (6)  ROCKWELL AUTOMATION INTERNATIONAL HOLDINGS LLC, <br> (7)  ROCKWELL SOFTWARE, INC., <br> (8)  ALLEN-BRADLEY COMPANY, <br> (9)  ALLEN-BRADLEY COMPANY, LLC, <br> (10) ALLEN-BRADLEY COMPANY, INC., <br> (11) ALLEN-BRADLEY TECHNICAL SERVICES, INC., <br> (12) SILVER SPRING NETWORKS, INC.; AND <br> (13) GREENBOX TECHNOLOGY INC. , <br>    DEFENDANTS. | |

## NOTICE OF INITIAL DISCLOSURES

Plaintiff EMS Technologies, LLC notifies the Court that it has served its Initial Disclosures on counsel for all parties on June 23, 2010, in compliance with the Court's Docket Control Order (Dkt. No. 103).

Dated:  June 24, 2010

Respectfully submitted,

By: /s/ Andrew W. Spangler
 Andrew W. Spangler
 State Bar No. 24041960
 Spangler Law P.C.
 208 N. Green St., Suite 300
 Longview, TX 75601
 Telephone:  (903) 753-9300
 Facsimile:  (903) 553-0403
 Email:spangler@spanglerlawpc.com

 ATTORNEY FOR PLAINTIFF
 EMS TECHNOLOGIES, LLC.

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 24th day of June, 2010 , with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/Andrew W. Spangler
Andrew W. Spangler