IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EMS TECHNOLOGIES, LLC | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:10-CV-32-TJW |
| | § | |
| | § | |
| GENERAL ELECTRIC COMPANY, ET AL. | § | JURY TRIAL DEMANDED |

## JOHNSON CONTROLS, INC.'S NOTICE OF COMPLIANCE WITH INITIAL DISCLOSURE REQUIREMENTS

Defendant Johnson Controls, Inc. ("Johnson Controls") hereby notifies the Court that on June 23, 2010, Johnson Controls complied with its disclosure requirements under Federal Rule of Civil Procedure 26(a)(1) and the Court's Docket Control Order (Dkt. No. 103).

Dated: June 28, 2010

Respectfully submitted,

By: /s/ Joe W. Redden. Jr.
Joe W. Redden, Jr.
(State Bar No. 16660600)
(redden@brsfirm.com)
Michael E. Richardson
(State Bar No. 24002838)
(mrichardson@brsfirm. com)
Timothy Cleveland
(State Bar No. 24055318)
(tcleveland@brsfirm. com)
BECK, REDDEN & SECREST, L.L.P.
122l McKinney Street
Houston, TX 77010-2029
Tel.: (713) 951-3700
Fax.: (713) 951-3720

Thomas J. McCormack
(tmcCormack@chadbourne. com)
John M. Hintz
(hintz@chadbourne. com)
Robert Grossman
(rgrossman@chadbourne. com)
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Tel.: (212)408-5100
Fax: (212) 541-5369

ATTORNEYS FOR DEFENDANT
JOHNSON CONTROLS, INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that counsel of record who are deemed to have consented to electronic service in the above-referenced case are being served this 28th day of June, 2010, with a copy of the above document via the court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Tim Cleveland
Tim Cleveland