**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **EMS TECHNOLOGIES, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 2:10-cv-32-DF** |
| | § | |
| **GENERAL ELECTRIC CO., et al.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendants.** | § | |

**NOTICE OF FIRM NAME CHANGE**

Please note that the firm name of Yetter, Warden & Coleman, L.L.P. has

changed to Yetter Coleman LLP.  Its address and contact information remains the same.

107246-1

Dated:  July 1, 2010                                  Respectfully submitted,

                                                     /s/ Thomas M. Morrow
                                                     R. Paul Yetter
                                                     (State Bar No. 22154200)
                                                     Thomas M. Morrow
                                                     (State Bar No. 24039076)
                                                     Kevin J. Terrazas
                                                     (State Bar No. 24060708)
                                                     Yetter Coleman LLP
                                                     Two Houston Center
                                                     909 Fannin, Suite 3600
                                                     Houston, TX  77010
                                                     Tel.:  (713) 632.8070
                                                     Fax:  (713) 632.8002
                                                     Email:  pyetter@ywcllp.com
                                                             tmorrow@ywcllp.com
                                                             kterrazas@ywcllp.com

                                                     T. John Ward, Jr.
                                                     (State Bar No. 00794818)
                                                     Wesley Hill
                                                     (State Bar No. 24032294)
                                                     WARD & SMITH LAW FIRM
                                                     111 W. Tyler Street
                                                     Longview, Texas 75601
                                                     Tel.:  (903) 757-6400
                                                     Fax:  (903) 757-2323
                                                     Email:  jw@jwfirm.com
                                                             wh@jwfirm.com

                                                     COUNSEL FOR DEFENDANT
                                                     GENERAL ELECTRIC COMPANY


**Certificate of Service**

       I certify that on this 1st day of July, 2010, this document was filed electronically with the Court and thereby served electronically on counsel for all parties.

                                                     /s/  Thomas M. Morrow
                                                     Thomas M. Morrow


107246-1