**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **EMS TECHNOLOGIES, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 2:10-cv-32-DF** |
| | § | |
| **v.** | § | |
| | § | |
| **GENERAL ELECTRIC COMPANY et al.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendants.** | § | |

**DEFENDANT JOHNSON CONTROLS, INC.'S**
**NOTICE OF SUBPOENA – CENTRAL RURAL ELECTRIC COOPERATIVE**

**PLEASE TAKE NOTICE** that under Rules 34 and 45 of the Federal Rules of Civil Procedure, Defendant Johnson Controls, Inc. has served a subpoena for documents on Central Rural Electric Cooperative ("CREC").  CREC is to produce responsive documents by FedEx or mail to Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, NY 10112, by July 23, 2010, or at such other time and place as may be agreed to.  A copy of the subpoena is being served on counsel for all parties of record with this notice.

Dated:  July 2, 2010

By: _____/s/ John M. Hintz_____

Thomas J. McCormack (*admitted pro hac vice*)
John M. Hintz (*admitted pro hac vice*)
Robert E. Grossman (*admitted pro hac vice*)
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.:  (212) 408-5100
Fax:  (212) 541-5369
Email:  tmccormack@chadbourne.com
      jhintz@chadbourne.com
      rgrossman@chadbourne.com

Joe W. Redden, Jr.
(State Bar No. 16660600)
Michael E. Richardson
(State Bar No. 24002838)
Timothy A. Cleveland
(State Bar No. 24055318)
BECK, REDDEN & SECREST, L.L.P.
1221 McKinney Street
Houston, TX 77010-2029
Tel.:  (713) 951-3700
Tel.:  (713) 951-3720
Email:  jredden@brsfirm.com
          mrichardson@brsfirm.com
          tcleveland@brsfirm.com

COUNSEL FOR DEFENDANT
JOHNSON CONTROLS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have

consented to electronic service are being served with a copy of this document by email on July 2,

2010.

_____/s/ John M. Hintz_____
John M. Hintz

- 2 -