**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **EMS TECHNOLOGIES, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:10-cv-32-DF |
| | § | |
| **GENERAL ELECTRIC CO. et al.,** | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

**DEFENDANT GENERAL ELECTRIC'S NOTICE OF SERVICE
OF THIRD-PARTY SUBPOENAS**

Defendant General Electric Co. ("GE") respectfully notifies the Court that it has issued the following third-party subpoenas on the dates below. In each case, GE has first attempted to serve the subpoena informally, to minimize any burden on the third party:

| Third Party | Date Informal Service First Attempted | Date Service Accepted |
|---|---|---|
| Electric Power Research Institute ("EPRI") | June 25, 2010 | June 25, 2010 |
| KEMA, Inc. | June 25, 2010 | June 30, 2010 |
| Itron, Inc. | June 28, 2010 | July 7, 2010 (formal) |
| Xcel Energy | June 28, 2010 | pending |
| Jerome Johnson | July 1, 2010 | July 15, 2010 (formal) |
| Wisconsin Energy | July 2, 2010 | July 15, 2010 |
| Minnesota Power | July 7, 2010 | pending |
| ABB Inc. | July 7, 2010 | July 7, 2010 |

GE expects to serve additional third-party subpoenas in this case, as it identifies additional third parties who might possibly possess relevant information, and will keep the Court apprised of its service of such additional subpoenas.

Dated: July 21, 2010                           Respectfully submitted,

                                                       /s/ Thomas M. Morrow_____
                                                      T. John Ward, Jr.
                                                      (State Bar No. 00794818)
                                                      Wesley Hill
                                                      (State Bar No. 24032294)
                                                      WARD & SMITH LAW FIRM
                                                      111 W. Tyler Street
                                                      Longview, Texas 75601
                                                      Tel.: (903) 757-6400
                                                      Fax: (903) 757-2323
                                                      Email: jw@jwfirm.com
                                                                wh@jwfirm.com

                                                      R. Paul Yetter
                                                      (State Bar No. 22154200)
                                                      Thomas M. Morrow
                                                      (State Bar No. 24039076)
                                                      Kevin J. Terrazas
                                                      (State Bar No. 24060708)
                                                      YETTER COLEMAN, LLP
                                                      Two Houston Center
                                                      909 Fannin, Suite 3600
                                                      Houston, TX 77010
                                                      Tel.: (713) 632.8070
                                                      Fax: (713) 632.8002
                                                      Email: pyetter@yettercoleman.com
                                                                tmorrow@yettercoleman.com
                                                                kterrazas@yettercoleman.com

                                                      COUNSEL FOR DEFENDANT
                                                      GENERAL ELECTRIC COMPANY

**Certificate of Service**

I certify that a true and correct copy of the foregoing document has been served by email on counsel for all parties on this 21st day of July, 2010.

                                                        /s/ Thomas M. Morrow_____
                                                        Thomas M. Morrow