**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **EMS TECHNOLOGIES, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:10-cv-32-DF |
| | § | |
| **GENERAL ELECTRIC CO. et al.,** | § | JURY TRIAL DEMANDED |
| | § | |
| **Defendants.** | § | |

**DEFENDANT GENERAL ELECTRIC'S SUPPLEMENTAL NOTICE
OF SERVICE OF THIRD-PARTY SUBPOENAS**

Defendant General Electric Co. ("GE") respectfully files this Supplemental Notice of GE's service of the following third-party subpoenas on the dates below. In each case, GE first attempted to serve the subpoena informally, to minimize any burden on the third party:

| Third Party | Date Informal Service First Attempted | Date Service Accepted |
|---|---|---|
| Electric Power Research Institute ("EPRI") | June 25, 2010 | June 25, 2010 |
| KEMA, Inc. | June 25, 2010 | June 30, 2010 |
| Itron, Inc. | June 28, 2010 (informal) July 7, 2010 (formal) | July 7, 2010 (served formally at Itron's request) |
| Xcel Energy | June 28, 2010 (informal) July 30, 2010 (formal) | July 30, 2010 (served formally at Xcel's request) |
| Jerome Johnson | July 1, 2010 | July 15, 2010 (formal) |
| Wisconsin Energy | July 2, 2010 | July 15, 2010 |
| Minnesota Power | July 7, 2010 | pending |
| ABB Inc. | July 7, 2010 | July 7, 2010 |
| Emerson Electric | July 23, 2010 | pending |
| Honeywell International | July 23, 2010 | pending |
| Madison Gas & Electric | July 30, 2010 | pending |
| PSI Energy, Inc. | July 30, 2010 | pending |
| Puget Sound Energy | August 2, 2010 | pending |
| NStar Electric & Gas Corp. | August 2, 2010 | pending |
| Seattle City Light | August 3, 2010 | August 6, 2010 (as a request for records under the Public Disclosure Act) |
| FPX, LLC (formerly Firepond) | August 6, 2010 | pending |

GE expects to serve additional third-party subpoenas in this case, as it identifies additional third parties who might possibly possess relevant information, and will keep the Court apprised of its service of such additional subpoenas.

Dated:  August 6, 2010                                Respectfully submitted,

/s/ Thomas M. Morrow
T. John Ward, Jr.
(State Bar No. 00794818)
Wesley Hill
(State Bar No. 24032294)
WARD & SMITH LAW FIRM
111 W. Tyler Street
Longview, Texas 75601
Tel.:  (903) 757-6400
Fax:  (903) 757-2323
Email:  jw@jwfirm.com
            wh@jwfirm.com

R. Paul Yetter
(State Bar No. 22154200)
Thomas M. Morrow
(State Bar No. 24039076)
Kevin J. Terrazas
(State Bar No. 24060708)
YETTER COLEMAN, LLP
Two Houston Center
909 Fannin, Suite 3600
Houston, TX  77010
Tel.:  (713) 632.8070
Fax:  (713) 632.8002
Email:  pyetter@yettercoleman.com
            tmorrow@yettercoleman.com
            kterrazas@yettercoleman.com

COUNSEL FOR DEFENDANT
GENERAL ELECTRIC COMPANY

-3-

## Certificate of Service

I certify that a true and correct copy of the foregoing document has been served by email on counsel for all parties on this 6th day of August, 2010.

                                        /s/ Thomas M. Morrow_____
                                        Thomas M. Morrow