IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EMS TECHNOLOGIES, LLC.<br><br>   PLAINTIFF,<br><br>   V.<br><br>(1)   GENERAL ELECTRIC COMPANY,<br>(2)   AUTHORIZED INSTALLERS NETWORK, LLC, D/B/A/ GE HOME TECHNOLOGIES,<br>(3)   AUTHORIZED INTEGRATORS NETWORK, LLC, D/B/A/ GE HOME TECHNOLOGIES, D/B/A AIN GROUP, D/B/A AUTHORIZED INTEGRATORS NETWORK, AND D/B/A AIN<br>(4)   JOHNSON CONTROLS, INC.<br>(5)   ROCKWELL AUTOMATION INC.,<br>(6)   ROCKWELL AUTOMATION INTERNATIONAL HOLDINGS LLC,<br>(7)   ROCKWELL SOFTWARE, INC.,<br>(8)   ALLEN-BRADLEY COMPANY,<br>(9)   ALLEN-BRADLEY COMPANY, LLC,<br>(10) ALLEN-BRADLEY COMPANY, INC.,<br>(11) ALLEN-BRADLEY TECHNICAL SERVICES, INC.,<br>(12) SILVER SPRING NETWORKS, INC.; AND<br>(13) GREENBOX TECHNOLOGY INC. ,<br><br>   DEFENDANTS. | Civil Action No. 2:10-cv-32<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that that undersigned attorney, Todd Y. Brandt, enters his appearance in this matter for Plaintiff EMS Technologies, LLC for purposes of receiving notices and orders from the Court.

1

Dated:  August 12, 2010

Respectfully submitted,

By: /s/ Todd Y. Brandt
    Todd Y. Brandt
    State Bar No. 24027051
    STEVENS LOVE
    P.O. Box 3427
    Longview, TX 75606
    Telephone:  (903) 753-6760
    Facsimile:  (903) 753-6761
    Email: todd@stevenslove.com

    ATTORNEY FOR PLAINTIFF
    EMS TECHNOLOGIES, LLC.

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 12th day of August, 2010 , with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/Todd Y. Brandt
Todd Y. Brandt