**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **EMS TECHNOLOGIES, LLC,** | § § § | |
| **Plaintiff,** | § § | |
| vs. | § § | Civil Action No. 2:10-cv-00032-DF |
| **GENERAL ELECTRIC COMPANY,** *et al.,* | § § § | |
| **Defendants.** | § | |

**DEFENDANTS SILVER SPRING NETWORKS, INC. AND GREENBOX
TECHNOLOGY INC.'S NOTICE OF COMPLIANCE WITH P.R. 3-4 OBLIGATIONS**

Defendants Silver Spring Networks, Inc. and Greenbox Technology Inc. notify the Court that on August 9, 2010 they served on counsel for Plaintiff the disclosures required by Patent Rule 3-4, in compliance with the Patent Rules and the Court's Scheduling Order (Dkt. No. 103).

Dated: August 18, 2010

Respectfully submitted,

/s/ *Michael J. Sacksteder*

Laurence F. Pulgram, CA Bar No. 115163
*(Pro Hac Vice)*
Michael J. Sacksteder, CA Bar No. 191605
(Admitted E.D. Texas)
Saina S. Shamilov, CA Bar No. 215636
(Admitted E.D. Texas)
David D. Schumann, CA Bar No. 223936
(Admitted E.D. Texas)
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA  94104

ATTORNEYS FOR DEFENDANTS
SILVER SPRING NETWORKS, INC. and
GREENBOX TECHNOLOGY INC.

## Certificate of Service

  I certify that a true and correct copy of the foregoing document has been filed with the Court via PACER, and thus served electronically on counsel for all parties on this 18th day of August, 2010.

                 */s/ Michael J. Sacksteder*
                 Michael J. Sacksteder