IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EMS TECHNOLOGIES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:10-cv-32-DF |
| | § | |
| GENERAL ELECTRIC CO. et al., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

## DEFENDANTS' NOTICE OF COMPLIANCE WITH P.R. 3-3 OBLIGATIONS

Defendants notify the Court that on August 9, 2010 they served on counsel for Plaintiff the disclosures required by Patent Rule 3-3, in compliance with the Patent Rules and the Court's Scheduling Order (Dkt. #103).

Dated: August 19, 2010

Respectfully submitted,

/s/ *Thomas M. Morrow*
T. John Ward, Jr.
(State Bar No. 00794818)
Wesley Hill
(State Bar No. 24032294)
WARD & SMITH LAW FIRM
111 W. Tyler Street
Longview, Texas 75601
Tel.: (903) 757-6400
Fax: (903) 757-2323

R. Paul Yetter
(State Bar No. 22154200)
Thomas M. Morrow
(State Bar No. 24039076)
Kevin J. Terrazas
(State Bar No. 24060708)
YETTER COLEMAN LLP
Two Houston Center
909 Fannin, Suite 3600
Houston, TX 77010
Tel.: (713) 632.8070
Fax: (713) 632.8002

COUNSEL FOR DEFENDANT
GENERAL ELECTRIC COMPANY

/s/ *Michael J. Sacksteder*
Laurence F. Pulgram, CA Bar No. 115163
*(Pro Hac Vice)*
Michael J. Sacksteder, CA Bar No. 191605
(Admitted E.D. Texas)
Saina S. Shamilov, CA Bar No. 215636
(Admitted E.D. Texas)
David D. Schumann, CA Bar No. 223936
(Admitted E.D. Texas)
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104

COUNSEL FOR DEFENDANTS
SILVER SPRING NETWORKS, INC. and
GREENBOX TECHNOLOGY INC.


/s/ *John M. Hintz*
Thomas J. McCormack
John M. Hintz
Robert E. Grossman
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Tel.: (212) 408-5100
Fax: (212) 541-5369

Joe W. Redden, Jr.
(State Bar No. 16660600)
Michael E. Richardson
(State Bar No. 24002838)
Timothy A. Cleveland
(State Bar No. 24055318)
BECK, REDDEN & SECREST, L.L.P.
1221 McKinney Street
Houston, TX 77010-2029
Tel.: (713) 951-3700
Tel.: (713) 951-3720

COUNSEL FOR JOHNSON CONTROLS, INC.
AND ROCKWELL AUTOMATION, INC.

**Certificate of Service**

       I certify that a true and correct copy of the foregoing document has been filed with the Court via PACER, and thus served electronically on counsel for all parties on this 19th day of August, 2010.

                                        /s/ Thomas M. Morrow_____
                                        Thomas M. Morrow