**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **EMS TECHNOLOGIES, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 2:10-cv-32-DF** |
| | § | |
| **GENERAL ELECTRIC CO. et al.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendants.** | § | |

**GENERAL ELECTRIC'S NOTICE OF COMPLIANCE**
**WITH P.R. 3-4 OBLIGATIONS**

Defendant General Electric notifies the Court that on August 9, 2010 it served on counsel for Plaintiff the disclosures required by Patent Rule 3-4, in compliance with the Patent Rules and the Court's Scheduling Order (Dkt. #103), and will supplement its production as discovery continues.

Dated:  August 20, 2010                     Respectfully submitted,

/s/ *Thomas M. Morrow*_____
T. John Ward, Jr.
(State Bar No. 00794818)
Wesley Hill
(State Bar No. 24032294)
WARD & SMITH LAW FIRM
111 W. Tyler Street
Longview, Texas 75601
Tel.:  (903) 757-6400
Fax:  (903) 757-2323

R. Paul Yetter
(State Bar No. 22154200)
Thomas M. Morrow
(State Bar No. 24039076)
Kevin J. Terrazas
(State Bar No. 24060708)
YETTER COLEMAN LLP
Two Houston Center
909 Fannin, Suite 3600
Houston, TX  77010
Tel.:  (713) 632.8070
Fax:  (713) 632.8002

COUNSEL FOR DEFENDANT
GENERAL ELECTRIC COMPANY

**Certificate of Service**

I certify that a true and correct copy of the foregoing document has been filed with the Court via PACER, and thus served electronically on counsel for all parties on this 20th day of August, 2010.

/s/ Thomas M. Morrow_____
Thomas M. Morrow