IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **EMS TECHNOLOGIES, LLC.** | |
|    PLAINTIFF, | Civil Action No. 2:10-cv-32 |
|       V. | JURY TRIAL DEMANDED |
| (1)  GENERAL ELECTRIC COMPANY,<br>(2)  AUTHORIZED INSTALLERS NETWORK, LLC, D/B/A/ GE HOME TECHNOLOGIES,<br>(3)  AUTHORIZED INTEGRATORS NETWORK, LLC, D/B/A/ GE HOME TECHNOLOGIES, D/B/A AIN GROUP, D/B/A AUTHORIZED INTEGRATORS NETWORK, AND D/B/A AIN<br>(4)  JOHNSON CONTROLS, INC.<br>(5)  ROCKWELL AUTOMATION INC.,<br>(6)  ROCKWELL AUTOMATION INTERNATIONAL HOLDINGS LLC,<br>(7)  ROCKWELL SOFTWARE, INC.,<br>(8)  ALLEN-BRADLEY COMPANY,<br>(9)  ALLEN-BRADLEY COMPANY, LLC,<br>(10) ALLEN-BRADLEY COMPANY, INC.,<br>(11) ALLEN-BRADLEY TECHNICAL SERVICES, INC.,<br>(12) SILVER SPRING NETWORKS, INC.; AND<br>(13) GREENBOX TECHNOLOGY INC. ,<br><br>   DEFENDANTS. | |

## NOTICE OF COMPLIANCE

Plaintiff EMS Technologies, LLC ("EMS") provides notice to the Court, that pursuant to the Court's Docket Control Order [Dkt. No. 103], EMS served Defendants, General Electric Company, Johnson Controls, Inc., Silver Spring Networks, Inc., and Greenbox Technology Inc., with EMS's Limitation of Asserted Claims from U.S. Patent No. 6,169,979 via electronic mail.

1

Dated:  August 31, 2010                    Respectfully submitted,

                                                            By:  /s/ Andrew W. Spangler
                                                                   Andrew W. Spangler
                                                                   State Bar No. 24041960
                                                                   Spangler Law P.C.
                                                                   208 N. Green St., Suite 300
                                                                   Longview, TX 75601
                                                                   Telephone:  (903) 753-9300
                                                                   Facsimile:  (903) 553-0403
                                                                   Email:spangler@spanglerlawpc.com

                                                                  ATTORNEY FOR PLAINTIFF
                                                                  EMS TECHNOLOGIES, LLC.

## CERTIFICATE OF SERVICE

     I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 31st day of August, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                                  /s/Andrew W. Spangler
                                                                   Andrew W. Spangler