IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EMS TECHNOLOGIES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:10-cv-32-DF |
| | § | |
| GENERAL ELECTRIC COMPANY et al., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

## ORDER GRANTING THE UNOPPOSED MOTION TO AMEND THE DOCKET CONTROL ORDER

On this day, the Court considered the Unopposed Motion to Amend the Docket Control Order. Having considered said motion, the Court finds that the motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the Unopposed Motion to Amend the Docket Control Order is GRANTED. IT IS FURTHER ORDERED that the requested dates outlined below are extended as follows:

| Event | Previous Due Date (Dkt. #103) | Current Due Date |
|---|---|---|
| P.R. 4.1(b): Meet and confer to discuss list of Proposed Terms and Claim Elements for Construction | Sept. 24, 2010 | Nov. 19, 2010 |
| P.R. 4.2(a)-(b): Exchange Preliminary Claim Constructions and Extrinsic Evidence | Sept. 22, 2010 | Nov. 19, 2010 |
| P.R. 4.2(c): Meet and confer to discuss Preliminary Claim Constructions and Extrinsic Evidence | Oct. 20, 2010 | Dec. 17, 2010 |
| P.R. 4.3: File Joint Claim Construction and Prehearing Statement | Oct. 25, 2010 | Jan. 12, 2011 |
| P.R. 4.4: Discovery deadline for claim construction | Nov. 23, 2010 | Jan. 21, 2011 |
| P.R. 4.5(a): Plaintiff files opening claim construction brief and supporting evidence | Jan. 7, 2011 | Mar. 7, 2011 |

| | | |
|---|---|---|
| P.R. 4.5(b):  All defendants file responsive claim construction briefs with supporting evidence | Jan. 21, 2011 | Mar. 21, 2011 |
| P.R. 4.5(c):  Plaintiff files reply brief on claim construction with rebuttal evidence | Jan. 28, 2011 | Mar. 28, 2011 |
| With leave of Court, defendants file sur-reply briefs on claim construction | Feb. 4, 2011 | Apr. 4, 2011 |

**SIGNED this 8th day of September, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE