IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EMS TECHNOLOGIES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:10-cv-32-DF |
| | § | |
| GENERAL ELECTRIC CO. et al., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

**ORDER APPOINTING GALE "PETE" PETERSON AS MEDIATOR**

The Court has reviewed the parties' Joint Motion to Appoint Gale "Pete" Peterson as Mediator, and finding it to be meritorious, hereby appoints Pete Peterson as mediator for this case.

**SIGNED this 10th day of September, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE