**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **EMS TECHNOLOGIES, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:10-cv-32-DF |
| | § | |
| **GENERAL ELECTRIC CO., et al.,** | § | JURY TRIAL DEMANDED |
| | § | |
| **Defendants.** | § | |

**DEFENDANT GENERAL ELECTRIC CO.'S NOTICE OF SERVICE OF
SUPPLEMENTED INITIAL DISCLOSURES**

Defendant General Electric Company ("GE"), notifies the Court that on this date it has served its Supplemented Initial Disclosures on counsel for all parties.

Dated:  October 29, 2010　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Thomas M. Morrow_____
　　　　　　　　　　　　　　　　　　　T. John Ward, Jr.
　　　　　　　　　　　　　　　　　　　(State Bar No. 00794818)
　　　　　　　　　　　　　　　　　　　Wesley Hill
　　　　　　　　　　　　　　　　　　　(State Bar No. 24032294)
　　　　　　　　　　　　　　　　　　　WARD & SMITH LAW FIRM
　　　　　　　　　　　　　　　　　　　111 W. Tyler Street
　　　　　　　　　　　　　　　　　　　Longview, Texas 75601
　　　　　　　　　　　　　　　　　　　Tel.:  (903) 757-6400
　　　　　　　　　　　　　　　　　　　Fax:  (903) 757-2323
　　　　　　　　　　　　　　　　　　　Email:  jw@jwfirm.com
　　　　　　　　　　　　　　　　　　　　　　　wh@jwfirm.com

　　　　　　　　　　　　　　　　　　　R. Paul Yetter
　　　　　　　　　　　　　　　　　　　(State Bar No. 22154200)
　　　　　　　　　　　　　　　　　　　Thomas M. Morrow
　　　　　　　　　　　　　　　　　　　(State Bar No. 24039076)
　　　　　　　　　　　　　　　　　　　Kevin J. Terrazas
　　　　　　　　　　　　　　　　　　　(State Bar No. 24060708)
　　　　　　　　　　　　　　　　　　　YETTER COLEMAN, LLP
　　　　　　　　　　　　　　　　　　　Two Houston Center
　　　　　　　　　　　　　　　　　　　909 Fannin, Suite 3600
　　　　　　　　　　　　　　　　　　　Houston, TX  77010
　　　　　　　　　　　　　　　　　　　Tel.:  (713) 632.8070
　　　　　　　　　　　　　　　　　　　Fax:  (713) 632.8002
　　　　　　　　　　　　　　　　　　　Email:  pyetter@yettercoleman.com
　　　　　　　　　　　　　　　　　　　　　　　tmorrow@yettercoleman.com
　　　　　　　　　　　　　　　　　　　　　　　kterrazas@yettercoleman.com

　　　　　　　　　　　　　　　　　　　COUNSEL FOR DEFENDANT
　　　　　　　　　　　　　　　　　　　GENERAL ELECTRIC COMPANY

**Certificate of Service**

　　　　I certify that a true and correct copy of the foregoing document has been served by email on counsel for all parties on this 29th day of October, 2010.

　　　　　　　　　　　　　　　　　　　/s/ Thomas M. Morrow_____
　　　　　　　　　　　　　　　　　　　Thomas M. Morrow