**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

**EMS TECHNOLOGIES, LLC.**

   **PLAINTIFF,**
          **V.**

**(1)  GENERAL ELECTRIC COMPANY,**
**(2)  AUTHORIZED INSTALLERS
     NETWORK, LLC, D/B/A/ GE HOME
     TECHNOLOGIES,**
**(3)  AUTHORIZED INTEGRATORS
     NETWORK, LLC, D/B/A/ GE HOME
     TECHNOLOGIES, D/B/A AIN GROUP,
     D/B/A AUTHORIZED INTEGRATORS
     NETWORK, AND D/B/A AIN**
**(4)  JOHNSON CONTROLS, INC.**
**(5)  ROCKWELL AUTOMATION INC.,**
**(6)  ROCKWELL AUTOMATION
     INTERNATIONAL HOLDINGS LLC,**
**(7)  ROCKWELL SOFTWARE, INC.,**
**(8)  ALLEN-BRADLEY COMPANY,**
**(9)  ALLEN-BRADLEY COMPANY, LLC,**
**(10) ALLEN-BRADLEY COMPANY, INC.,**
**(11) ALLEN-BRADLEY TECHNICAL
     SERVICES, INC.,**
**(12) SILVER SPRING NETWORKS, INC.;
     AND**
**(13) GREENBOX TECHNOLOGY INC. ,**

   **DEFENDANTS.**

**Civil Action No. 2:10-cv-32-DF**

**JURY TRIAL DEMANDED**

**ADDITIONAL DOCUMENT FOR DOCKET NUMBER 126**

         Respectfully submitted,

         **EMS TECHNOLOGIES, LLC.**

Dated: November 2, 2010        By: /s/ *Andrew W. Spangler*
          Andrew W. Spangler
          State Bar No. 24041960
          SPANGLER LAW P.C.
          208 N. Green St., Ste. 300

Longview, Texas  75601
Telephone: 903/753-9300
Facsimile: 903/553-0403
spangler@spanglerlawpc.com

**ATTORNEYS FOR PLAINTIFF
EMS TECHNOLOGIES, LLC.**


## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 2nd day of November, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Andrew W. Spangler
Andrew W. Spangler