IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EMS TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 2:10-cv-00032-DF |
| GENERAL ELECTRIC COMPANY, *et al.*, | § § § | |
| Defendants. | § | |

### [PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

The Court has considered the parties' Stipulation to Extend Time to Answer Complaint and finds that such motion is well-taken and should be GRANTED in all respects.

Accordingly, it is ORDERED that Defendants Silver Spring Networks, Inc. ("SSN") and Greenbox Technology, Inc. ("Greenbox") shall have until 14 days after service of Plaintiff EMS Technologies' ("EMS") amended complaint to respond to all of EMS's claims against them, including direct infringement, in accordance with the timeline laid out in Fed. R. Civ Pro. 15(a).

**SIGNED this 2nd day of November, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE