IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EMS TECHNOLOGIES, LLC.<br><br>  PLAINTIFF,<br><br>           V.<br><br>(1)  GENERAL ELECTRIC COMPANY,<br>(2)  AUTHORIZED INSTALLERS NETWORK, LLC, D/B/A/ GE HOME TECHNOLOGIES,<br>(3)  AUTHORIZED INTEGRATORS NETWORK, LLC, D/B/A/ GE HOME TECHNOLOGIES, D/B/A AIN GROUP, D/B/A AUTHORIZED INTEGRATORS NETWORK, AND D/B/A AIN<br>(4)  JOHNSON CONTROLS, INC.<br>(5)  ROCKWELL AUTOMATION INC.,<br>(6)  ROCKWELL AUTOMATION INTERNATIONAL HOLDINGS LLC,<br>(7)  ROCKWELL SOFTWARE, INC.,<br>(8)  ALLEN-BRADLEY COMPANY,<br>(9)  ALLEN-BRADLEY COMPANY, LLC,<br>(10) ALLEN-BRADLEY COMPANY, INC.,<br>(11) ALLEN-BRADLEY TECHNICAL SERVICES, INC.,<br>(12) SILVER SPRING NETWORKS, INC.; AND<br>(13) GREENBOX TECHNOLOGY INC. ,<br><br>  DEFENDANTS. | Civil Action No. 2:10-cv-32<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO GENERAL ELECTRIC CO.'S AMENDED ANSWER AND COUNTERCLAIMS**

      CAME ON to be heard the Unopposed Motion for Extension of Time to File Answer to General Electric Co.'s Amended Answer and Counterclaims, and the Court, after review of the subject Motion, and the entire record in this cause, and noting that said Motion is unopposed, it is hereby ORDERED that said Motion shall be GRANTED; and it is

1

FURTHER ORDERED that the deadline for Plaintiff to file its Answer to General Electric Co.'s Amended Answer and Counterclaims is extended up to and including November 15, 2010.

**SIGNED this 8th day of November, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE