IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EMS TECHNOLOGIES, LLC. <br><br> PLAINTIFF, <br><br> V. <br><br> (1) GENERAL ELECTRIC COMPANY, <br> (2) AUTHORIZED INSTALLERS NETWORK, LLC, D/B/A/ GE HOME TECHNOLOGIES, <br> (3) AUTHORIZED INTEGRATORS NETWORK, LLC, D/B/A/ GE HOME TECHNOLOGIES, D/B/A AIN GROUP, D/B/A AUTHORIZED INTEGRATORS NETWORK, AND D/B/A AIN <br> (4) JOHNSON CONTROLS, INC. <br> (5) ROCKWELL AUTOMATION INC., <br> (6) ROCKWELL AUTOMATION INTERNATIONAL HOLDINGS LLC, <br> (7) ROCKWELL SOFTWARE, INC., <br> (8) ALLEN-BRADLEY COMPANY, <br> (9) ALLEN-BRADLEY COMPANY, LLC, <br> (10) ALLEN-BRADLEY COMPANY, INC., <br> (11) ALLEN-BRADLEY TECHNICAL SERVICES, INC., <br> (12) SILVER SPRING NETWORKS, INC.; AND <br> (13) GREENBOX TECHNOLOGY INC. , <br><br> DEFENDANTS. | Civil Action No. 2:10-cv-32 <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTNG EMS TECHNOLOGIES, LLC'S UNOPPOSED MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS

Having considered Plaintiff's Unopposed Motion for Leave to Amend Its Infringement Contentions, the Court GRANTS the Motion.

It is ORDERED that Plaintiff shall have up to and including November 9, 2010 to amend its infringement contentions regarding newly identified accused products of Defendant General Electric Company.

1

SIGNED this 10th day of November, 2010.

                                             DAVID FOLSOM
                                             UNITED STATES DISTRICT JUDGE