IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| EMS TECHNOLOGIES, LLC, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:10-cv-32-DF |
| | § | |
| GENERAL ELECTRIC COMPANY et al., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

### [PROPOSED] ORDER EXTENDING CERTAIN DEADLINES

The Court has reviewed the moving parties' Agreed Motion to Extend Certain Deadlines, and finding it to be meritorious, hereby extends certain deadlines this case as follows:

| Event | Current Due Date (Dkt. #119) | Proposed Due Date |
| --- | --- | --- |
| P.R. 4.1(b): Meet and confer to discuss list of Proposed Terms and Claim Elements for Construction | Nov. 19, 2010 | Jan. 28, 2011 |
| P.R. 4.2(a)-(b): Exchange Preliminary Claim Constructions and Extrinsic Evidence | Nov. 19, 2010 | Jan. 28, 2011 |
| P.R. 4.2(c): Meet and confer to discuss Preliminary Claim Constructions and Extrinsic Evidence | Dec. 17, 2010 | Feb. 18, 2011 |
| P.R. 4.3: File Joint Claim Construction and Prehearing Statement | Jan. 12, 2011 | Mar. 11, 2011 |
| P.R. 4.4: Discovery deadline for claim construction | Jan. 21, 2011 | Mar. 25, 2011 |
| P.R. 4.5(a): Plaintiff files opening claim construction brief and supporting evidence | Mar. 7, 2011 | Apr. 22, 2011 |
| P.R. 4.5(b): All defendants file responsive claim construction briefs with supporting evidence | Mar. 21, 2011 | May 6, 2011 |
| P.R. 4.5(c): Plaintiff files reply brief on claim construction with rebuttal evidence | Mar. 28, 2011 | May 13, 2011 |
| With leave of Court, defendants file sur-reply briefs on claim construction | Apr. 4, 2011 | May 20, 2011 |

**SIGNED this 24th day of November, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE