# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **EMS TECHNOLOGIES, LLC.** | |
| PLAINTIFF, | Civil Action No. 2:10-cv-32-DF |
| V. | JURY TRIAL DEMANDED |
| (1) GENERAL ELECTRIC COMPANY, <br> (2) AUTHORIZED INSTALLERS NETWORK, LLC, D/B/A/ GE HOME TECHNOLOGIES, <br> (3) AUTHORIZED INTEGRATORS NETWORK, LLC, D/B/A/ GE HOME TECHNOLOGIES, D/B/A AIN GROUP, D/B/A AUTHORIZED INTEGRATORS NETWORK, AND D/B/A AIN <br> (4) JOHNSON CONTROLS, INC. <br> (5) ROCKWELL AUTOMATION INC., <br> (6) ROCKWELL AUTOMATION INTERNATIONAL HOLDINGS LLC, <br> (7) ROCKWELL SOFTWARE, INC., <br> (8) ALLEN-BRADLEY COMPANY, <br> (9) ALLEN-BRADLEY COMPANY, LLC, <br> (10) ALLEN-BRADLEY COMPANY, INC., <br> (11) ALLEN-BRADLEY TECHNICAL SERVICES, INC., <br> (12) SILVER SPRING NETWORKS, INC.; AND <br> (13) GREENBOX TECHNOLOGY INC. , <br> DEFENDANTS. | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, EMS Technologies, LLC, and defendant, Johnson Controls, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

[1]

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, EMS Technologies, LLC, and defendant, Johnson Controls, Inc., are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 3rd day of December, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE