# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **EMS TECHNOLOGIES, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **Civil Action No. 2:10-cv-00032-DF** |
| § | |
| **GENERAL ELECTRIC COMPANY,** *et al.,* § | |
| § | |
| **Defendants.** § | |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO ANSWER COMPLAINT

The Court has considered Defendants Silver Spring Networks, Inc. ("SSN") and Greenbox Technology, Inc.'s ("Greenbox") Unopposed Motion to Extend Time to Answer EMS Technologies, LLC's ("EMS") First Amended Complaint and finds that such motion is well-taken and should be GRANTED in all respects.

Accordingly, it is ORDERED that Defendants Silver Spring Networks, Inc. ("SSN") and Greenbox Technology, Inc. ("Greenbox") shall have until January 6, 2011 to answer or otherwise respond to the First Amended Complaint.

**SIGNED this 14th day of December, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE