IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EMS TECHNOLOGIES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:10-cv-00032-DF |
| | § | |
| GENERAL ELECTRIC COMPANY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### [PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT

The Court has considered Defendants Silver Spring Networks, Inc. ("SSN") and Greenbox Technology, Inc.'s ("Greenbox") Unopposed Motion to Extend Time to Answer EMS Technologies, LLC's ("EMS") First Amended Complaint and finds that such motion is well-taken and should be GRANTED in all respects.

Accordingly, it is ORDERED that Defendants SSN and Greenbox shall have until March 4, 2011 to answer or otherwise respond to the First Amended Complaint.

**SIGNED this 8th day of February, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE