# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **EMS TECHNOLOGIES, LLC.** | |
| PLAINTIFF, | Civil Action No. 2:10-cv-32 |
| V. | JURY TRIAL DEMANDED |
| (1) GENERAL ELECTRIC COMPANY, <br> (2) AUTHORIZED INSTALLERS NETWORK, LLC, D/B/A/ GE HOME TECHNOLOGIES, <br> (3) AUTHORIZED INTEGRATORS NETWORK, LLC, D/B/A/ GE HOME TECHNOLOGIES, D/B/A AIN GROUP, D/B/A AUTHORIZED INTEGRATORS NETWORK, AND D/B/A AIN <br> (4) JOHNSON CONTROLS, INC. <br> (5) ROCKWELL AUTOMATION INC., <br> (6) ROCKWELL AUTOMATION INTERNATIONAL HOLDINGS LLC, <br> (7) ROCKWELL SOFTWARE, INC., <br> (8) ALLEN-BRADLEY COMPANY, <br> (9) ALLEN-BRADLEY COMPANY, LLC, <br> (10) ALLEN-BRADLEY COMPANY, INC., <br> (11) ALLEN-BRADLEY TECHNICAL SERVICES, INC., <br> (12) SILVER SPRING NETWORKS, INC.; AND <br> (13) GREENBOX TECHNOLOGY INC. , <br> DEFENDANTS. | |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered Plaintiff EMS Technologies, LLC's ("Plaintiff") Notice of Voluntary Dismissal the Court finds that good cause exists for granting the notice. The Notice of Voluntary Dismissal is GRANTED.

[1]

All claims asserted by Plaintiff against Defendants Silver Springs Networks, Inc. and Greenbox Technology Inc. are hereby dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

    **SIGNED this 24th day of February, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

[2]