IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EMS TECHNOLOGIES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:10-cv-32-DF |
| | § | |
| GENERAL ELECTRIC COMPANY et al., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

**[PROPOSED] ORDER EXTENDING CERTAIN DEADLINES**

The Court has reviewed the moving parties' Agreed Motion to Extend Certain Deadlines, and finding it to be meritorious, hereby extends certain deadlines this case as follows:

| Event | Current Due Date (Dkt. #139) | Proposed Due Date |
|---|---|---|
| P.R. 4.3: File Joint Claim Construction and Prehearing Statement | Mar. 11, 2011 | Aug. 1, 2011 |
| P.R. 4.4: Discovery deadline for claim construction | Mar. 25, 2011 | Aug. 15, 2011 |
| P.R. 4.5(a): Plaintiff files opening claim construction brief and supporting evidence | Apr. 22, 2011 | Sept. 12, 2011 |
| P.R. 4.5(b): All defendants file responsive claim construction briefs with supporting evidence | May 6, 2011 | Sept. 26, 2011 |
| P.R. 4.5(c): Plaintiff files reply brief on claim construction with rebuttal evidence | May 13, 2011 | Oct. 3, 2011 |
| With leave of Court, defendants file sur-reply briefs on claim construction | May 20, 2011 | Oct. 10, 2011 |

**SIGNED this 28th day of February, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE