**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **EMS TECHNOLOGIES, LLC**<br><br>      **Plaintiff,**<br><br>   **v.**<br><br>**GENERAL ELECTRIC COMPANY, et al.,**<br><br>      **Defendants** | **Civil Action No. 2:10-cv-00032-DF** |

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

On this day, came on to be considered the Unopposed Motion to Withdraw as Counsel of Plaintiff EMS Technologies, LLC. After considering said motion, the court is of the opinion that said motion should be GRANTED.

IT IS, THEREFORE, ORDERED that William E. Davis, III be allowed to withdraw and is withdrawn as an attorney of record for Plaintiff EMS Technologies, LLC in the above-referenced matter and electronic notices are hereby terminated.

**SIGNED this 29th day of March, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE