-1-

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| EMS TECHNOLOGIES, LLC. <br><br> Plaintiff, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY, et al., <br><br> Defendants, | Civil Action No. 2:10-cv-00032-DF <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

Notice is hereby given that James C. Otteson of Agility IP Law, LLP enters his appearance on behalf Plaintiff EMS Technologies, LLC in this matter as Lead Counsel.

James C. Otteson may receive all communications from the Court and from other parties at Agility IP Law, LLP, 1900 University Circle, Suite 201, East Palo Alto, California 94303; Telephone: (650) 227-4800; Facsimile (650) 318-3483; E-mail: jim@agilityiplaw.com.

Dated:  April 7, 2011

AGILITY IP LAW

By: /s/ James C. Otteson
James C. Otteson
CA Bar No. 157781
(Admitted E.D. Texas)
jim@agilityiplaw.com
AGILITY IP LAW, LLP
1900 University Circle, Suite 201
East Palo Alto, CA  94303
Bus:  (650) 227-4800
Fax:  (650) 318-3483

Attorneys for Plaintiff
EMS TECHNOLOGIES, LLC

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail or facsimile transmission on April 7, 2011.

    /s/ James C. Otteson
James C. Otteson