**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| EMS TECHNOLOGIES, LLC.<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>    Defendants, | Civil Action No. 2:10-cv-00032-DF<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE**

    Notice is hereby given that David A. Caine of Agility IP Law, LLP enters his appearance in this matter for Plaintiff EMS Technologies, LLC for purposes of receiving notices and orders from the Court.

Dated:  April 7, 2011

                                                Respectfully submitted,

                                                By:  /s/ David A. Caine
                                                     David A. Caine
                                                     CA Bar No. 218074
                                                     (Admitted E.D. Texas)
                                                     dacaine@agilityiplaw.com
                                                     AGILITY IP LAW, LLP
                                                     1900 University Circle, Suite 201
                                                     East Palo Alto, CA  94303
                                                     Bus:  (650) 227-4800
                                                     Fax:  (650) 318-3483

                                                   Attorneys for Plaintiff
                                                   EMS TECHNOLOGIES, LLC

-2-

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail or facsimile transmission on April 7, 2011.

          /s/ David A. Caine
          David A. Caine