**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **EMS TECHNOLOGIES, LLC.** | |
| **PLAINTIFF,** | **Civil Action No. 2:10-cv-32** |
| **V.** | **JURY TRIAL DEMANDED** |
| **GENERAL ELECTRIC COMPANY, et al.** | |
| **DEFENDANTS.** | |

## DEFENDANT'S NOTICE OF COMPLIANCE WITH MOTION PRACTICE ORDER

In compliance with the Court's Motion Practice Order (Docket Number 96), Defendant submits this Notice of its letter to the Court requesting permission to file a motion for summary judgment of invalidity of the ten asserted claims of the patent-in-suit, U.S. Patent No. 6,169,979 (the '979 patent). A copy of the letter is filed as an attachment to this notice.

Respectfully submitted,

_____
T. John Ward, Jr.
State Bar No. 00794818

WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: jw@wsfirm.com

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 19th day of April, 2011.

_____
T. John Ward, Jr.