# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| EMS TECHNOLOGIES, LLC, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:10-CV-32-DF |
| | § | |
| GENERAL ELECTRIC CO., et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

# O R D E R

The Court previously ordered that leave of Court must be obtained before any motion for summary judgment may be filed. *See* 6/3/2010 Order, Dkt. No. 96. The following table lists the letter briefs seeking such leave (identified by general topics and docket numbers) and the Court's ruling on whether leave is granted or denied:

| Request | Ruling on Request |
| --- | --- |
| On-sale bar:<br>Prior offer/sale by inventor's company (Dkt. No. 165) | DENIED |
| On-sale bar:<br>Defendant's prior offer/sale of accused product (Dkt. No. 166) | **GRANTED** |

**IT IS SO ORDERED.**

**SIGNED this 23rd day of May, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE