# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| EMS TECHNOLOGIES, LLC.<br><br>    Plaintiff,<br><br>  v.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>    Defendants, | Civil Action No. 2:10-cv-00032-DF<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given that Xiang Long of Agility IP Law, LLP enters his appearance in this matter for Plaintiff EMS Technologies, LLC for purposes of receiving notices and orders from the Court.

Dated: July 14, 2011

Respectfully submitted,

By: /s/ Xiang Long
Xiang Long
CA Bar No. 246629
(Admitted E.D. Texas)
longxiang@agilityiplaw.com
AGILITY IP LAW, LLP
1900 University Circle, Suite 201
East Palo Alto, CA 94303
Bus: (650) 227-4800
Fax: (650) 318-3483

Attorneys for Plaintiff
EMS TECHNOLOGIES, LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail or facsimile transmission on July 14, 2011.

          /s/ Xiang Long
              Xiang Long