IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EMS TECHNOLOGIES, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:10-CV-32-DF |
| | § | |
| GENERAL ELECTRIC CO., et al., | § | |
| Defendants. | § | |

**O R D E R**

The Court recently entered an Order on Defendant General Electric Company's Motion for Summary Judgment of Invalidity (Dkt. No. 172) (the "Order"). The Court entered the Order under seal because Defendant filed its motion under seal.

The Court hereby **ORDERS** the parties to confer and to submit to the Court by Notice, <u>within 21 days of this Order</u>, a proposed redacted version of the Order with confidential information redacted as the parties feel appropriate. If the parties cannot agree, the parties should submit competing proposed redacted versions. If no redactions are necessary, the parties shall file a Notice so stating.

    **IT IS SO ORDERED.**

    SIGNED this 18th day of July, 2011.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE