**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| EMS TECHNOLOGIES, LLC.<br><br>         Plaintiff,<br><br>   v.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>         Defendants, | Civil Action No. 2:10-cv-00032-DF<br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE RE ORDER ON MOTION FOR SUMMARY JUDGMENT OF INVALIDITY

Pursuant to the Court's Order dated July 18, 2011 (Dkt. No. 181), the parties in the above-captioned case hereby provide Notice that no redactions to the Court's Order On Defendant General Electric Company's Motion For Summary Judgment Of Invalidity ("MSJ Order") are necessary, and the parties agree that the MSJ Order may be made publicly available without redaction.

Dated:  July 20, 2011

Respectfully submitted,

By:  /s/ David A. Caine
      David A. Caine
      CA Bar No. 218074
      (Admitted E.D. Texas)
      dacaine@agilityiplaw.com
      AGILITY IP LAW, LLP
      1900 University Circle, Suite 201
      East Palo Alto, CA  94303
      Bus:  (650) 227-4800
      Fax:  (650) 318-3483

      Attorneys for Plaintiff
      EMS TECHNOLOGIES, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail or facsimile transmission on July 20, 2011.

/s/ David A. Caine
David A. Caine