IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EMS TECHNOLOGIES, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:10-CV-32-DF |
| | § | |
| GENERAL ELECTRIC CO., et al., | § | |
| Defendants. | § | |

**O R D E R**

The Court recently entered an Order on Defendant General Electric Company's Motion for Summary Judgment of Invalidity (Dkt. No. 172) (the "Order"). *See* 7/14/2011 Order, Dkt. No. 179. The Court entered the Order under seal because Defendant filed its motion under seal. The Court then ordered the parties to confer and to submit a redacted version of the Order. *See* 7/18/2011 Order, Dkt. No. 181. The parties have advised that no redactions are necessary and that the Order "may be made publicly available without redaction." Dkt. No. 182.

The Court therefore hereby **ORDERS** that the Clerk shall **UNSEAL** the Court's July 14, 2011 Order (Dkt. No. 179).

**IT IS SO ORDERED.**

SIGNED this 28th day of July, 2011.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE