**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| EMS TECHNOLOGIES, LLC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>　　　　Defendants, | Civil Action No. 2:10-cv-00032-DF<br><br><br>**NOTICE OF ERRATA** |

　　　　PLEASE TAKE NOTICE that EMS Technologies, LLC's Motion for Leave to Amend Its Infringement Contentions Against Defendant General Electric Company, which was filed on August 12, 2011, inadvertently contained incorrect dates for the parties' summary judgment submissions on page 3. The correct dates are as follows: GE filed a motion for summary judgment of invalidity against EMS on June 3, 2011.  (Dkt. No. 172.)  EMS opposed the motion on June 20, 2011.  (Dkt. No. 175.)  GE filed its reply on June 30, 2011, and on July 11, 2011, EMS filed a sur-reply.  (Dkt. Nos. 176 and 177.)

Dated:  September 9, 2011　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ David A. Caine
　　　　　　　　　　　　　　　　　　　　　　　　　　　David A. Caine
　　　　　　　　　　　　　　　　　　　　　　　　　　　CA Bar No. 218074
　　　　　　　　　　　　　　　　　　　　　　　　　　　(Admitted E.D. Texas)
　　　　　　　　　　　　　　　　　　　　　　　　　　　dacaine@agilityiplaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　AGILITY IP LAW, LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　1900 University Circle, Suite 201
　　　　　　　　　　　　　　　　　　　　　　　　　　　East Palo Alto, CA  94303
　　　　　　　　　　　　　　　　　　　　　　　　　　　Bus:  (650) 227-4800
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax:  (650) 318-3483

　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　　　EMS TECHNOLOGIES, LLC

-2-

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail or facsimile transmission on September 9, 2011.

                                                  /s/ David A. Caine
                                                    David A. Caine