**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **EMS TECHNOLOGIES, L.L.C.,** | § § § | |
| Plaintiff, | § § | **CIVIL ACTION NO. 2:10-cv-32-DF** |
| v. | § § | |
| **GENERAL ELECTRIC CO. et al.,** | § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § § | |

**NOTICE OF APPEARANCE OF CHRISTOPHER R. JOHNSON**

Defendant General Electric Company notifies the Court and parties that, in addition to the attorneys already representing it, Christopher R. Johnson of Yetter Coleman LLP, 221 West Sixth Street, Suite 750, Austin, Texas 78701, (512) 533-0150, is appearing as an attorney of record on its behalf in this case and requests that he receive electronic copies of all pleadings filed and orders issued.

Dated:  September 9, 2011                    Respectfully submitted,

/s/ Christopher R. Johnson_____
Christopher R. Johnson
State Bar No. 24062804
YETTER COLEMAN LLP
221 West Sixth Street, Suite 750
Austin, Texas 78701
[Tel.] (512) 533-0150
[Fax] (512) 533-0120
cjohnson@yettercoleman.com

Attorney for Defendant
General Electric Company

- 2 -

**CERTIFICATE OF SERVICE**

      I certify that this document was filed electronically with the Court, and thus served simultaneously upon all counsel of record, this 9th day of August, 2011.

                                      /s/ Christopher R. Johnson
                                      Christopher R. Johnson