IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EMS TECHNOLOGIES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:10-cv-32-DF |
| | § | |
| GENERAL ELECTRIC CO. et al., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | FILED UNDER SEAL |

**ORDER**

Before the Court is Defendant GE's Unopposed Motion for Leave to File the Amended Joint Claim Construction and Prehearing Statement. After reviewing the briefing, the Court ORDERS that GE's motion for leave is GRANTED. The Amended Joint Claim Construction and Prehearing Statement attached to GE's unopposed motion is therefore ORDERED to be docketed.

**SIGNED this 12th day of September, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

1