IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EMS TECHNOLOGIES, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:10-cv-32-DF |
| § | |
| GENERAL ELECTRIC CO., § | JURY TRIAL DEMANDED |
| § | |
| Defendants. § | |

**AMENDED JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Plaintiff EMS Technologies, Inc. ("EMS") and Defendant General Electric Corp. ("GE") hereby submit their Amended Joint Claim Construction of the Terms, Phrases, and Clauses in the U.S. Patent No. 6,169,979, entitled "Computer-Assisted Sales System for Utilities," pursuant to Local Patent Rule 4-3.

**Local Patent Rule 4-3(a) and (b):**

The Amended Joint Claim Construction of the Terms, Phrases, and Clauses in the U.S. Patent No. 6,169,979 is submitted by the parties, pursuant to P.R. 4-3 (a) and (b). *See* Exhibit A. The parties reserve the right to further supplement and/or amend the foregoing disclosures in accordance with the Local Patent Rules.

**Local Patent Rule 4-3(c):**

The parties estimate the length of time required for the November 3, 2011 Claim Construction Hearing, to be one-half (1/2) day.

**Local Patent Rule 4-3(d):** Neither EMS nor GE anticipates relying on live testimony at the hearing.

**Local Patent Rule 4-3(e):** GE believes that a technical tutorial the day before the Claim Construction Hearing would be useful, as contemplated by the Docket Control Order (Dkt. #103 at step (22)). Apart from a technical tutorial, GE does not identify any other issues to address at a prehearing conference before the Hearing.

EMS does not identify any other issues to address at a prehearing conference prior to the Claim Construction Hearing.

                Respectfully submitted,

                */s/ David A. Caine*
                Andrew W. Spangler
                State Bar No. 24941960
                spangler@spanglerlawpc.com
                Spangler Law PC
                208 N. Green St., Suite 300
                Longview, TX 75601
                Bus: (903) 753-9300
                Fax: (903) 553-0403

                **Co-Counsel:**
                James C. Otteson
                CA Bar No. 157781
                (Admitted E.D. Texas)
                jim@agilityiplaw.com
                David A. Caine
                CA Bar No. 218074
                (Admitted E.D. Texas)
                dacaine@agilityiplaw.com
                Thomas T. Carmack
                CA Bar No. 229324

(Admitted E.D. Texas)
tom@agilityiplaw.com
Agility IP Law 1900 University Circle, Suite 201
East Palo Alto, CA 94303
Bus: (650) 227-4800
Fax: (650) 318-3483

COUNSEL FOR PLAINTIFF EMS
TECHNOLOGIES, LLC


/s/ T. John Ward, Jr._____
T. John Ward, Jr.
(State Bar No. 00794818)
Wesley Hill
(State Bar No. 24032294)
WARD & SMITH LAW FIRM
111 W. Tyler Street
Longview, Texas 75601
Tel.: (903) 757-6400
Fax: (903) 757-2323
Email: jw@wsfirm.com
       wh@wsfirm.com

R. Paul Yetter
(State Bar No. 22154200)
Thomas M. Morrow
(State Bar No. 24039076)
Kevin J. Terrazas
(State Bar No. 24060708)
YETTER COLEMAN, LLP
Two Houston Center
909 Fannin, Suite 3600
Houston, TX 77010
Tel.: (713) 632.8070
Fax: (713) 632.8002
Email: pyetter@yettercoleman.com
       tmorrow@yettercoleman.com
       kterrazas@yettercoleman.com

COUNSEL FOR DEFENDANT
GENERAL ELECTRIC COMPANY