**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| EMS TECHNOLOGIES, LLC.<br><br>      Plaintiff,<br><br>  v.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>      Defendants, | Civil Action No. 2:10-cv-00032-DF<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that **EMS TECHNOLOGIES, LLC'S OPENING BRIEF ON CLAIM CONSTRUCTION** was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail or facsimile transmission on September 12, 2011.

Dated:  September 13, 2011                                    Respectfully submitted,

                                                                                By:  /s/ David A. Caine
                                                                                       David A. Caine
                                                                                       CA Bar No. 218074
                                                                                       (Admitted E.D. Texas)
                                                                                       dacaine@agilityiplaw.com
                                                                                       AGILITY IP LAW, LLP
                                                                                       1900 University Circle, Suite 201
                                                                                       East Palo Alto, CA  94303
                                                                                       Bus:  (650) 227-4800
                                                                                       Fax:  (650) 318-3483

                                                                                       Attorneys for Plaintiff
                                                                                       EMS TECHNOLOGIES, LLC