IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EMS TECHNOLOGIES, LLC. <br><br> PLAINTIFF, <br><br> V. <br><br> GENERAL ELECTRIC COMPANY, et al <br><br> DEFENDANTS. | Civil Action No. 2:10-cv-32 <br><br> JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, EMS Technologies, LLC, and defendant, General Electric Company, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in the suit between plaintiff, EMS Technologies, LLC, and defendant, General Electric Company, are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled **"Settlement and License Agreement"** and dated December 13, 2011.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this 21st day of December, 2011.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

1